# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL J. LUTTER,

        Plaintiff(s),

vs.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant(s).

Case No. 2:16-cv-01925-JAD-NJK

**ORDER**

On April 10, 2017, the Court issued an order to show cause why this case should not be transferred to the unofficial northern division of this District because Plaintiff resides "within the jurisdictional boundaries of this Court in Reno, NV." Docket No. 22; Docket No. 1-1 at ¶ 1. On April 24, 2017, Plaintiff filed a response to the Court's order to show cause. Docket No. 23. Plaintiff concedes that the unofficial northern division of this District is the proper venue for this case. *Id.* at 1-2.

Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings**. The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the northern division and to **close this case** without prejudice.

IT IS SO ORDERED.

DATED: April 25, 2017.

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge